# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  CASE NO: 6:23-mj-1170-EJK

**JONATHAN GHERTLER**

AUSA: Beatriz Gonzalez

Defense Attorney: Michael Nielsen, Criminal Justice Act

| Judge: | **DANIEL C. IRICK**<br>United States Magistrate Judge | Date and Time: | **February 21, 2023**<br>1:36 P.M. – 1:46 P.M. |
|---|---|---|---|
| Courtroom: | 5C | Total Time: | 10 minutes |
| Deputy Clerk: | T. Palmer | Reporter: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| Interpreter: | None | Pretrial/Prob: | Sofia Kollaian |

## Clerk's Minutes
### Initial Appearance - Rule 5C

Case called, appearances made, procedural setting by the Court.
Court advises defendants of his rights, including Rule 5 rights.
Defendant's ore tenus motion for court appointed counsel. Granted. Court appoints CJA counsel, Michael Nielsen.
Government advises defendant of the counts in the Indictment and potential penalties.
Defendants waives Rule 5 hearings.
Government ore tenus motion for detention. Motion granted. Order to enter.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Case is removed to the Southern District of New York.
Defendant is remanded to the custody of the U.S. Marshals pending further proceedings.
Court adjourned.