**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:23-mj-1170-EJK

**JONATHAN GHERTLER**

# ORDER OF DETENTION PENDING FURTHER PROCEEDINGS

## FINDINGS

An initial appearance has been held. The following facts and circumstances require the defendant to be detained pending trial.

The defendant makes no application for release at this time. A motion for conditions of release and a detention hearing may be filed at a later date.

## DIRECTIONS REGARDING DETENTION

Jonathan Ghertler is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Jonathan Ghertler shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date: February 21, 2023

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE